# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 16, 2013

### NO. 03-13-00235-CV

**Rose Whitworth, Appellant**

**v.**

**Joseph Paul Lee, Appellee**

**APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON, AND FIELD
VACATED AND REMANDED -- OPINION BY JUSTICE PEMBERTON**

**THIS DAY** came on to be submitted to this Court the appellant's motion to vacate and remand this case for judgment in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and in accordance with the parties' agreement, that the district court's judgment is vacated without regard to the merits and that the cause is remanded to the trial court for further proceedings. It **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.